NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**INCEPT LLC,**
*Appellant*

**v.**

**HYPERBRANCH MEDICAL TECHNOLOGY, INC.,**
*Appellee*

_____

2018-2041

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01836.

_____

**JUDGMENT**

_____

ROBERT FRANCIS ALTHERR, JR., Banner & Witcoff, Ltd., Washington, DC, argued for appellant. Also represented by PAUL MICHAEL RIVARD, CHRISTOPHER LEWIS MCKEE; JOHN P. IWANICKI, Boston, MA; JASON STEVEN SHULL, Chicago, IL.

ORION ARMON, Cooley LLP, Broomfield, CO, argued for appellee. Also represented by JONATHAN GRAVES, JOSEPH VAN TASSEL, Reston, VA; ADAM PIVOVAR, San Diego, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and WALLACH, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 15, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court